

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00583-CV

**IN RE** Michael **IDROGO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

On September 16, 2015, relator Michael Idrigo filed a pro se petition for writ of mandamus. This court does not have jurisdiction to grant the requested relief. Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on September 23, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010-CI-12389, styled *Michael Idrigo v. Sarah Garrahan, et al.*, in the 57th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.